# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| JAMES DAVID HOLLIE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 6:11-cv-00196-JHH-HGD |
| ) | |
| DOCTOR JOHNSON, et al., ) | |
| ) | |
| Defendants ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on September 4, 2013, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. (Doc. 34). No objections have been filed by any party..

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a

matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

    **DONE** this the   22nd   day of October, 2013.

_____<br>
SENIOR UNITED STATES DISTRICT JUDGE